**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-DETROIT**

IN RE:

John and Amy Sawicki,            Case No. 10-55588-TJT
                                Honorable Thomas J. Tucker
           Debtors.         Chapter 13
_____/

ORDER CONFIRMING PLAN

        The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

        Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

        **IT IS FURTHER ORDERED that the claim of attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,000.00 in fees and $0.00 in expenses, and that the portion of such claim which has not already been paid, to-wit: $3,000.00 shall be paid by the Trustee as an administrative expense of this case.**

        IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

        All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

        IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

X Debtors' Chapter 13 Plan payment shall be $730.00 semi-monthly effective July 29, 2010.

X Debtors commit 100% of bonuses to the Chapter 13 Trustee.

X The second mortgage held by Chase shall be a treated as a class 8 general unsecured claim pursuant to the terms of the consent judgment entered on June 28, 2010 in adversary case number 10-05614-TJT as docket number 6.

X The third mortgage held by GMAC (Central Mortgage) shall be a treated as a class 8 general unsecured claim pursuant to the terms of the consent judgment entered on June 28, 2010 in adversary case number 10-05615-TJT as docket number 6.

APPROVED                                Objections Withdrawn

/s/ Tammy L. Terry
TAMMY L. TERRY (P46254)
Chapter 13 Trustee                        For Creditor:
535 Griswold St., 2100 Buhl Building
Detroit, MI 48226                          /s/
313-967-9875
Terry.orders@det13.net                 For Creditor:

**DEBTOR ATTORNEY**

/s/Melissa D. Francis, Esq.
Melissa D. Francis, Esq. (P61495)
Marrs & Terry, PLLC
6553 Jackson Rd.
Ann Arbor, MI 48103
 734-663-0555
 marrsandterry@yahoo.com

.

**Signed on August 04, 2010**

                                                           **/s/ Thomas J. Tucker**
                                                           **Thomas J. Tucker**
                                                           **United States Bankruptcy Judge**